CLARA MONKWALL, as Administratrix of the Estate of EILIF MONKWALL, Deceased, Respondent, *v.* TURBINE ENGINEERING CORP., Appellant, et al., Defendants.

Argued April 12, 1950; decided May 18, 1950.

522

*Robert E. Curran* and *William R. Ahmuty, Jr.,* for appellant. *Robert R. Bauman, Arthur L. Obre* and *Abraham M. Fisch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.